## First Department, January, 1934.

STANDARD OIL COMPANY OF NEW YORK, INC., Appellant, v. LOUIS SCHWEBEL and JACOB SCHWEBEL, Copartners, Doing Business as " SCHWEBEL BROTHERS," and 8131 NEW UTRECHT AVENUE CORPORATION, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.

PRINCESS FABRICS CO., INC., Respondent, v. LEADING DRESS & COSTUME CO., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

FAY WEBB VALLEE, Appellant, v. HUBERT PRIOR VALLEE, Respondent.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

LUCIUS A. DARLING and Others, Ancillary Executors, etc., of ELMER A. DARLING, Deceased, Respondents, v. TWENTY-FOUR TRADERS, INC., Appellant. — Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

IRVING WALD, Respondent, v. ROY A. MOREY, Appellant.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.; Martin and Glennon, JJ., dissent and vote for reversal.

SAMUEL HIRSHENHORN and Others, Appellants, v. " EMIL " BUNGE, the First Name " Emil " Being Fictitious and Unknown to the Plaintiffs, the Defendant Usually Being Known as E. BUNGE, Doing Business under the Firm Name and Style of BREMEN COLONIAL AND CHINA TRADING COMPANY, Respondent.— Order appealed from, in so far as it grants defendant's motion to vacate order of arrest and stays plaintiffs from proceeding with the trial of the action pending arbitration, affirmed, with twenty dollars costs and disbursements. Order in so far as it denies plaintiffs' cross-motion to transfer the hearing of said motion for change of venue to Bronx county affirmed. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.; Finch, P. J., and O'Malley, J., dissent and vote to reverse and grant said motion to transfer hearing solely on the ground that the motion should have been made in Bronx county. No opinion.

In the Matter of the Judicial Settlement of the Intermediate Account of JOHN W. REMER, as Committee of the Estate of JENS T. ERLANDSEN, Incompetent, Respondent. UNITED STATES VETERANS ADMINISTRATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

VARTAN BAJAKIAN, Respondent, v. YERVANT BAJAKIAN and ST. NICHAN REALTY CORPORATION, Appellants. ALEXANDER GINZBURG, Receiver, Respondent.— Order affirmed, with twenty dollars costs and disbursements to the plaintiff, respondent. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

HARRY MAGUIRE, Respondent, v. NEW YORK RAILWAYS CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.; Finch, P. J.,